

United States
Southern District
FILED

AUG 1 2 2013

____ J. Bradley, Clerk __ __

## CAUSE NO: 13-1821

| KEVIN J. CASSIDY | s | IN THE U.S. DISTRICT COURT |
| PLAINTIFF | s | FOR THE SOUTHERN DISTRICT |
| | s | OF TEXAS |
| VS | s | |
| | s | 515 RUSK AVENUE |
| UNITED HEALTH CARE | s | |
| INEGEX | s | |
| DEFENDANT | s | HOUSTON, TEXAS  77002 |

## PLAINTIFFS MOTION FOR A DEFAULT JUDGEMENT

NOW COMES , KEVIN J CASSIDY, PLAINTIFF, AND IN PURSUANT TO TEXAS RULE OF CIVIL LAW AND PROCEEDURE RULE , THE PLAINTIFF , MR. KEVIN J. CASSIDY MOTIONS FOR A DEFAULT JUDGEMENT. DEFENDANT HAS NOT RESPONDED TO THE LAW SUIT , IN ACCORDANCE WITH THE TEXAS U.S. DISTRICT LAWS OF TEXAS AND U.S. FEDERAL LAWS OF DISCLOSURE. KEVIN J CASSIDY , PLAINTIFF SENT , DEFENDANT , UNITED HEALTH CARE AND INIGEX SERVICES, AN ORIGNAL PETETION AND POLICY CLAIM FOR BREACH OF HEALTH CARE CONTRACT AND COVERAGE. THIS DOCUMENT WAS FILED IN THE U.S DISTRIC COURT ON JUNE 21st., 2013. COPIES OF THE LAWSUIT WHERE SENT VIA CERTIFIED MAIL ON JUNE 27th., 2013. THE DEFENDANT HAD 20 DAYS TO COMPLY

WITH AN ANSWER OF THIS LAWSUIT AND CLAIM. DEFENDANTS , UNITED HEALTH CARE AND INEGIX, DID NOT REPLY, THERE- FORE , PLAINTIFF, KEVIN J. CASSIDY , IS REQUESTING A DEFAULT JUDGEMENT AGAINST THE DEFENDANT, UNITED HEALTH CARE AND INEGEX IN THE U.S. DISTRICT COURT, 515 RUSK AVENUE, HOUSTON , TEXAS 77002.

REGARDS,
KEVIN J. CASSIDY
PRO-SE

KEVIN J CASSIDY-PRO SE
11152 WESTHEIMER AVE.#905
HOUSTON, TEXAS 77042

CRRM: 70122920000082674550
U.S. DISTRIC COURT
HOUSTON, TEXAS

CRRM: 70122920000082674864
TO UNITED HEALTH CARE
SALT LAKE CITY, UT

CRRM: 70122920000082674482
INEGEX